# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| FA ND CHEV, LLC, and FA ND SUB, LLC, | ) ) ) | **ORDER ADOPTING JOINT** |
| Plaintiffs, | ) ) | **STIPULATION TO AMEND** **SCHEDULING ORDER** |
| v. | ) ) | |
| Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a  Moritz Sport & Marine, | ) ) ) | Case No. 1:20-cv-138 |
| Defendants. | ) ) ) | |

On May 21, 2021, the parties filed a Joint Stipulation to Amend Scheduling Order.  The court **ADOPTS** the parties' stipulation (Doc. No. 33) and **AMENDS** the scheduling order as follows:

1.    The parties shall have until January 31, 2022, to complete depositions of fact witnesses  and  to  file non-dispositive motions.

2.    Plaintiff shall have until February 14, 2022, to provide the names of expert witnesses and complete reports under Rule 26(a)(2).

3.    Defendant shall have until March 14, 2022, to provide the names of expert witnesses and complete reports under Rule 26(a)(2).

4.    The parties shall have until April 15, 2022, to conduct discovery depositions of expert witnesses.

5.    The parties shall have until March 4, 2022, to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that the final pretrial conference scheduled for April 12, 2022, shall be rescheduled for September 13, 2022, at 9:00 AM by telephone before the magistrate judge.  To

participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

Finally, the court **ORDERS** that the trial scheduled for April 26, 2022, shall be rescheduled for

September 26, 2022, at 9:00 AM in Bismarck (courtroom #1) before Judge Traynor.  A twelve (12)

day trial is anticipated.

       Dated this 24th day of May, 2021.

_/s/ Clare R. Hochhalter_
Clare R. Hochhalter, Magistrate Judge
United States District Court
