IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil No. 1:20-CV-00138-DMT-CRH

| | | |
|---|---|---|
| FA ND CHEV, LLC; and FA ND SUB, LLC | ) ) ) ) | |
| Plaintiff, | ) ) | **WITHDRAWAL OF DEFENDANT ROBERT KUPPER'S MOTION FOR LEAVE TO FILE COUNTERCLAIM** |
| v. | ) ) | |
| Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine, | ) ) ) ) | |
| Defendants. | ) | |

\*\*\*               \*\*\*               \*\*\*

[¶ 1]    Defendant Robert Kupper ("Kupper") hereby withdraws *Defendant Robert Kupper's Motion for Leave to File Counterclaim* (doc. 38).  Although Kupper asserts Plaintiffs FA ND CHEV, LLC and FA ND SUB, LLC are the proper parties against which claims pertaining to breach of the earn out provision of the Asset Purchase Agreement dated November 28, 2018, as amended should be asserted, Kupper concedes such claims belong to Kupper Chevrolet, Inc., now known as BAPTKO Inc., a North Dakota corporation ("BAPTKO").  Therefore, such claims will be asserted by BAPTKO against Plaintiffs, and possibly others, in a separate civil action.

[¶ 2]    Dated this 23rd day of September, 2021.

BAKKE GRINOLDS WIEDERHOLT


By: */s/ Shawn A. Grinolds*
        Randall J. Bakke (#03989)
        Shawn A. Grinolds (#05407)
        Grant T. Bakke (#09106)

- 1 -

300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
rbakke@bgwattorneys.com
sgrinolds@bgwattorneys.com
gbakke@bgwattorneys.com

Attorneys for Defendant, Robert Kupper

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, a true and correct copy of the foregoing **WITHDRAWAL OF DEFENDANT ROBERT KUPPER'S MOTION FOR LEAVE TO FILE COUNTERCLAIM** was filed electronically with the Clerk of Court through ECF.

ATTORNEY FOR PLAINTIFF:

Robin Wade Forward (#05324)
Stinson, LLP
424 South Third Street, #206
Bismarck, ND 58504
rob.forward@stinson.com

Maxwell Shaffer
Andrew Albaugh
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, CO 80202
maxwell.shaffer@hklaw.com
andrew.albaugh@hklaw.com

ATTORNEY FOR DEFENDANT BISMARCK MOTOR COMPANY:

Paul R. Sanderson (#05830)
Evenson Sanderson PC
1100 College Drive, Suite 5
Bismarck, ND 58501
psanderson@esattorneys.com

ATTORNEY FOR DEFENDANT BMC MARINE LLC D/B/A MORITZ SPORT & MARINE:

William Harrie (#04411)
Nilles Law Firm
1800 Radisson Tower
201 North Fifth Street
P.O. Box 2626

- 3 -

Fargo, ND 58108-2626
wharrie@nilleslaw.com

By: */s/ Shawn A. Grinolds*
    SHAWN A. GRINOLDS