IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>    Plaintiffs,<br><br> vs.<br><br>Robert Kupper, Bismarck Motor Company, and BMC LLC d/b/a Moritz Sport & Marine,<br><br>    Defendants.<br><br>BAPTKO, Inc.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br> vs.<br><br>Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC, and FA ND SUB, LLC,<br><br>    Defendant and Counterclaimants. | **ORDER**<br><br>Case No. 1:20-cv-138 |

On October 27, 2023, the Parties filed a Joint Stipulation to Amend Scheduling Order in BAPTKO v. Foundation Automotive Corp., et al. (the "BAPTKO Litgation"). (Doc. No. 286). Therein in they jointly request that the Court amend the scheduling and discovery order in the BAPTKO litigation at Doc. No. 284 to extend the deadline for filing non-dispositive motions. (Doc. No. 147)

The court **ADOPTS** the Parties' stipulation (Doc. No. 286) and amends the pretrial deadlines in the BAPTKO litigation as follows: the parties shall have until November 10, 2023, to file non-

1

dispositive motion.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
