IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine,<br><br>   Defendants.<br><br>BAPTKO, Inc.,<br><br>   Plaintiff and Counterclaim Defendant<br> v.<br><br>Foundation Automotive Corp., an Alberta Corporation, FA ND CHEV, LLC, and FA ND SUB, LLC,<br><br>   Defendants and Counterclaimants. | **ORDER**<br><br>Case No. 1:20-cv-138 |

On November 3, 2023, the Parties filed a Joint Stipulation to Amend Scheduling Order in BAPTKO v. Foundation Automotive Corp., et al. (the "BAPTKO Litgation"). (Doc. No. 288). Therein in they jointly request that the Court amend the scheduling and discovery order in the BAPTKO litigation to extend the expert disclosure, expert deposition, and dispositive motion deadlines in the BAPTKO Litigation.

The court **ADOPTS** the Parties' stipulation (Doc. No. 288) and amends deadlines in the Case BAPTKO Litgation as follows:

1

(1) The Parties shall have until November 22, 2023, to provide the names of affirmative expert witnesses and complete reports under Rule 26(a)(2)

(2) The Parties shall have until December 12, 2023, to provide the names of rebuttal expert witnesses and complete reports under Rule 26(a)(2)

(3) The Parties shall have until January 12, 2024, to conduct discovery depositions of expert witnesses.

(4) The Parties shall have until January 18, 2024, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 8th day of November, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court