# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC, <br><br>   Plaintiffs, <br><br>v. <br><br>Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine, <br><br>   Defendants. <br><br>BAPTKO, Inc., <br><br>   Plaintiff and Counterclaim Defendant, <br><br>v. <br><br>Foundation Automotive Corp., an Alberta Corporation, FA ND CHEV, LLC, and FA ND SUB, LLC, <br><br>   Defendants and Counterclaimants. | **ORDER** <br><br><br><br><br><br>Case No. 1:20-cv-138 |

As discussed at the close of the omnibus hearing held on December 6 and 7, 2023. The court shall afford Parties an opportunity to file supplemental briefs in connection with pending Summary Judgment motions at Doc. Nos. 163, 204, and 205. The supplemental briefing schedule is as follows:

(1)   Parties shall have until December 18, 2023, to supplement their respective Motions for Summary Judgment and their responses to the other's pending Motions for Summary Judgment. These supplements shall not exceed ten pages in length.

1

(2) Responses to supplements filed in support of the pending Motions for Summary Judgment are due by December 28, 2023.  They shall not exceed five pages in length.

(3) Replies are due by January 4, 2024.  They too shall not exceed five pages in length.

The court appreciates that these deadlines fall near holidays.  However, it is unlikely to look favorably upon requests for additional time.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
