# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC, </br></br>      Plaintiffs, </br></br>v. </br></br>Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine, </br></br>      Defendants. </br></br>BAPTKO, Inc., </br></br>      Plaintiff and Counterclaim Defendant, </br></br>v. </br></br>Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC, </br></br>      Defendants and Counterclaimants. | **ORDER** </br></br>Case No. 1:20-cv-138 |

The undersigned shall hold status conference with the parties by telephone on September 16, 2024, at 1:30 PM to discuss, among other things, the anticipated length of the trial scheduled to commence on October 21, 2024. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

    **IT IS SO ORDERED.**

    Dated this 22nd day of August, 2024.

                                     */s/ Clare R. Hochhalter*
                                     Clare R. Hochhalter, Magistrate Judge
                                     United States District Court