# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>        Plaintiffs,<br><br>  v.<br><br>Robert Kupper; et al.,<br><br>        Defendants.<br><br>BAPTKO, Inc.,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>        Defendants and Counterclaimants. | **ORDER SCHEDULING SETTLEMENT CONFERENCE**<br><br><br>Case No. 1:20-cv-138 |

**IT IS ORDERED:**

The undersigned shall hold a telephonic settlement conference with the parties on October 10, 2024. The conference shall be attended by all parties, together with trial counsel for each party. The undersigned shall at meet with the Parties separately, starting with Foundation Automotive Corp, FA ND CHEV, LLC and FA ND SUB, LLC (collectively "the Foundation Defendants") at 9:00 AM CDT, To participate in the conference the Parties should call (877) 810-9415 and enter access code 8992581. Following the initial meeting with the Foundation Defendants at 9:00 AM,

chambers shall advise the Parties's respective counsel when the undersigned is ready to proceed and when they should call in.   If the parties wish to proceed in another manner or time, they should so advise the court.

The undersigned will not require the submission of confidential settlement statement to the parties in advance of the conference.  Should the parties nevertheless want to submit a confidential settlement statement or other information, they should email it ndd_J-Miller@ndd.uscourts at least two days prior to the conference.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2024.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court