IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND Chev, LLC, and<br>FA ND Sub, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>Robert Kupper et al.,<br><br>        Defendants.<br><br>―――――――――――――――<br><br>BAPTKO, Inc.,<br><br>       Plaintiff and<br>    Counterclaim Defendant,<br><br>vs.<br><br>Foundation Automotive Corp. et al.,<br><br>      Defendants and<br>     Counterclaimants. | Case No. 1:20-cv-00138 |

## SPECIAL VERDICT FORM

[¶ 1]   We the Jury answer the following questions:

1. Did BAPKTO, Inc. breach its contract with Foundation Automotive Corp. by disclosing confidential information about the sale of the dealership to third parties?

   _____ Yes      __X__ No

**Note:** Mark X on the applicable answer. If you answered "No," you may proceed to Question 3.

2. What amount of money will fairly compensate Foundation Parties for BAPTKO, Inc.'s breach of contract?

    $_____

3. Did BAPKTO, Inc.'s conduct breach the provisions of the contract with the Foundation Parties associated with the operations of the dealerships?

    _____ Yes          __X__ No

**Note:** Mark X on the applicable answer. If you answered "No," you may proceed to signing the verdict.

4. What amount of money will fairly compensate Foundation Parties for BAPTKO, Inc.'s breach of contract?

    $_____

[¶ 2]   Once you have answered the questions, please have the Jury Foreperson sign the Special Verdict Form and notify the clerk you have completed deliberations.

[¶ 3]   DATED November __5__, 2024.



_____
Jury Foreperson
(write name here)