Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

FA ND Chev, LLC, and
FA ND Sub, LLC,
        Plaintiffs,
  v.

Robert Kupper; Bismarck Motor Company;
and BMC Marine LLC, d/b/a Moritz Sport & Marine,
        Defendants.
_____

BAPTKO, Inc.,
        Plaintiff and
        Counterclaim Defendant.
  v.

Foundation Automotive Corp. an Alberta Corporation,
FA ND Chev, LLC; and FA ND Sub, LLC,

        Defendants and
        Counterclaimants.

JUDGMENT IN A CIVIL CASE

Case No.   1:20-cv-138 (lead case)

              1:21-cv-183 (consolidated case)

[✓] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[✓] **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

[ ] **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

[ ] **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

# IT IS ORDERED AND ADJUDGED:

Pursuant to the jury's verdict entered on November 5, 2024, Judgment is hereby entered in favor of BAPTKO, Inc. against Foundation Automotive Corp., FA ND Chev, LLC, and FA ND Sub, LLC on the Counterclaim of breach of contract regarding disclosing confidential information about the sale of the dealership to third parties and breach of contract relating to the operations of the dealership and inventory levels.

Pursuant to the Court's oral Order on October 28, 2024, BAPTKO, Inc. is awarded $3,000,000 against Foundation Automotive Corp., FA ND Chev, LLC, and FA ND Sub, LLC.

Pursuant to the Court's Order at Docket 480 entered on October 29, 2024, BAPTKO, Inc. is awarded prejudgment interest in the amount of $123.29 per day at a rate of 6% for a total of $364,195.67 against Foundation Automotive Corp., FA ND Chev, LLC, and FA ND Sub, LLC.

(Continued on page 2.)

Date: November 7, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Roxanne Muffenbier, Deputy Clerk*

Pursuant to the Court's Order at Docket 373 entered on August 5, 2024, Claims II, III, IV, and V in the Complaint in case number 1:20-cv-138 are DISMISSED with prejudice.

Pursuant to the Court's Orders at Docket 373 entered on August 5, 2024, and Docket 482 entered on November 1, 2024, Count I of the Complaint in case number 1:20-cv-138 is DISMISSED with prejudice.

Pursuant to the Court's Order at Docket 373 entered on August 5, 2024, insofar as the Counterclaim in case number 1:21-cv-183 alleges claims for breach of contract against BAPTKO, Inc., for Robert Kupper's breach of the non-solicitation agreement relating to hiring Foundation employees and the claim BAPTKO breached Robert Kupper's non-competition agreement, the Counterclaim is DISMISSED with prejudice.

Pursuant to the Court's Order at Docket 482 entered on November 1, 2024, insofar as the Counterclaim in case number 1:21-cv-183 alleges a claim for breach of contract for BAPTKO's failure to disclose bonus schedules, the Counterclaim is DISMISSED with prejudice.