**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| FA ND Chev, LLC, and<br>FA ND Sub, LLC, | ) | |
| | ) | |
| | ) | **PRETRIAL CONFERENCE** |
| Plaintiffs, | ) | **AND** |
| | ) | **JURY TRIAL MINUTES** |
| v. | ) | Hon. Daniel M. Traynor |
| | ) | |
| Robert Kupper, et al., | ) | Case No. 1:20-cv-138 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| BAPTKO, Inc., | ) | |
| | ) | |
| Plaintiff and<br>Counterclaim Defendant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Foundation Automotive Corp. et al., | ) | |
| | ) | |
| Defendants and<br>Counterclaimants. | ) | |

Court Officials Present:
Roxanne Muffenbier, Courtroom Deputy
Ronda Colby, Court Reporter
Sarah Belliston, Law Clerk

Appearances for Foundation Parties:      Appearances for Kupper Parties:
Maxwell Shaffer                                          Randall Bakke
Kensye Wood

FA ND Chev LLC, et. al. v. Robert Kupper, et al. 1:20-cv-138

**<u>Monday, October 28, 2024 – First Day of Trial</u>**
*Convened at 9:00 am.*
Outside the presence of the jury panel.
       Pretrial Conference held.
       Counsel note appearances.
       Preliminary Jury Instructions discussed.
       Other preliminary matters discussed.
       Court makes ruling on amount that plaintiffs owe defendants.
       Court will allow equal time for parties to present case.
       Court orders parties to provide a stipulated list of exhibits to the Court by noon.
       Peremptory Challenges discussed.
       Foundation Parties' Motion for Court to Reconsider order denying use of Robert Kupper
       deposition.  Court denies Foundation Parties' motion.  Foundation Parties can call
       Mr. Kupper as a witness.

*Recess 9:32 am to 9:45 am.*

Outside the presence of the jury panel.
       Parties inform Court that they did not reach a settlement.
       Parties discuss excuse of performance defense.

Jury panel present.  (10:00 am)
Counsel note appearances, parties and representatives.
Jury Selection begins.
Court questions jury panel.
Mr. Bakke questions jury panel.
Mr. Shaffer questions jury panel.
Counsel pass for cause.

Outside the presence of the jury panel.
       Peremptory Challenges.

Jury panel present.
Jury sworn.  (10:05 am)
Court's Preliminary Instructions to the Jury.

*Lunch Recess 11:35 am to 1:10 pm.*

Jury present.
Foundations' Opening Statement by Mr. Shaffer.  (DEMO - Foundation PowerPoint)
Kupper's Opening Statement by Mr. Bakke.  (DEMO - Kupper PDF)

FA ND Chev LLC, et. al. v. Robert Kupper, et al. 1:20-cv-138

Outside the presence of the jury.
        Stipulation re: Exhibits is filed at Doc. 476.
        Jury Instruction regarding pre-judgment interest discussed.

*Recess 2:30 pm to 2:50 pm.*

Jury present.

**Foundation Parties' Case Commences.**

**Kevin Kutschinski,** sworn and testifies on behalf of Foundation Parties.
        Direct examination by Mr. Shaffer.
                Exhibit P136:  offered, no objection, received.
                Exhibit P2:  offered, no objection, received.
                Exhibit P4:  offered, no objection, received.
                Exhibit P5:  offered, no objection, received.
                Exhibit P6:  offered, no objection, received.
                Exhibit P7:  offered, no objection, received.
        No cross-examination.

**DeVere Boyd,** testifies by video deposition on behalf of Foundation Parties.
                Exhibit P1:  offered, no objection, received.
                Exhibits D500, D501, D502, D503, D504, D505:  offered, no objection, received.

*Court in recess at 4:45 pm.*

**Tuesday, October 29, 2024 – Second Day of Trial**
*Reconvened at 9:00 am.*

Outside the presence of the jury.
        Foundation Parties provide schedule update.
        Kupper Parties' argument regarding pre-judgment interest.

Jury present.

**Foundation's Case continues.**

**DeVere Boyd,** testimony continued on behalf of Foundation Parties by video deposition.

*Recess 10:20 am to 10:40 am.*

Outside the presence of the jury.

Foundation Parties' argument regarding pre-judgment interest.

Court orders pre-judgment interest in favor of Kupper Parties based upon the Court's prior ruling against the Foundation Parties.  Interest accrual amounts determined.

Jury present.

**Robert "Bob" Kupper,** sworn and testifies on behalf of Foundation Parties.

Direct examination by Mr. Shaffer.

*Lunch Recess 12:00 pm to 1:40 pm.*

Outside the presence of the jury.

Foundation Parties do not oppose the Court's previous calculations regarding pre-judgment interest.  Court will issue an Order.

Kupper Parties will seek attorneys fees based on the Court's prior ruling on the Summary Judgment Motion.

Jury present.

**Robert "Bob" Kupper,** continued on behalf of Foundation Parties.

Direct examination continues by Mr. Shaffer.

Exhibit P12:  offered, no objection as long as exhibit excludes any messages regarding issues already disposed of, received, counsel to review exhibit.

Bench conference held with Mr. Bakke and Mr. Shaffer.

Direct examination continues by Mr. Shaffer.

Exhibit P50:  offered, no objection, received.

Exhibit D556:  offered, no objection, received.

Exhibit P98:  offered, no objection, received.

*Recess 3:30 pm to 3:50 pm.*

Jury present.

**Charles Kramer,** testifies by video deposition on behalf of Foundation Parties.

Exhibits D601, D602, D630, D632, D633, D634, D635, D660 and D661:  offered, no objection, received.

Outside the presence of the jury.

Court and counsel discuss witnesses.  Parties present argument.

Parties provide Court with schedule updates.

*Court in recess at 5:05 pm.*

4

**Wednesday, October 30, 2024 – Third Day of Trial**
*Reconvened at 9:00 am.*

Jury present.

**David Sikkenga,** testifies by video deposition on behalf of Foundation Parties.
> Exhibits D536, D543, D547 and D548: offered, no objection except to D548, overruled, all received.
> Exhibits P19, P20, P17 and P18:  offered, no objection, received.
> Court orders parties to provide a cross reference list of deposition exhibit numbers with trial exhibit numbers.
> Bench Conference held with Mr. Bakke and Mr. Shaffer.
> Video deposition continued.

*Recess 10:25 am to 10:40 am.*

Jury present.

**David Sikkenga,** testimony continued on behalf of Foundation Parties by video deposition.
> (Two separate video depositions)
> Previously skipped portion of deposition played and continuation of testimony of Mr. Sikkenga.

*Lunch Recess 11:50 am to 1:40 pm.*

Jury present.

**David Sikkenga,** testimony continued on behalf of Foundation Parties by video deposition.

Outside the presence of the jury.
> Parties provide Court with trial schedule update.
> Subaru evidence discussed.
> Kupper Parties will present argument prior to testimony of Ms. Knutsen.

*Recess 3:20 pm to 3:35 pm.*

Jury present.

**Derek Slemko,** sworn and testifies on behalf of Foundation Parties.
> Direct examination by Mr. Shaffer.
>> Exhibit P45:  offered, no objection, received.
>> Exhibit P47:  offered, no objection, received.
>> Exhibit P51:  offered, no objection, received.
>> Exhibit P55:  offered, no objection, received.
>> Exhibit P54:  offered, no objection, received.

FA ND Chev LLC, et. al. v. Robert Kupper, et al. 1:20-cv-138

      Exhibit P57:  offered, no objection, received.
      Exhibit P59:  offered, no objection, received.
      Exhibit P61:  offered, no objection, received.

Outside the presence of the jury.
      Exhibit offering discussed.
      Motion can be made by the parties following completion of Mr. Slemko's testimony tomorrow.

*Court in recess at 5:00 pm.*


## Thursday, October 31, 2024 – Fourth Day of Trial
*Reconvened at 9:00 am.*

Outside the presence of the jury.
      Foundation Parties offer Exhibits P26 to P44, P46, P48, P49, P52, P53, P56, P60, P62 to P71, P85 to P97, P99 to P102, P199 to P207 and D552 to D555: no objection, received. (Clerk's Note:  P201 to P207 on flash drive.)
      Foundation Parties offer Exhibits P104 to P153: objection.  (P136 previously admitted.)
      Foundation Parties offer Exhibits D508 to D520:  Kupper Parties to review, reserved.
      Foundation Parties offer Exhibits D557 to D587:  Kupper Parties to review, reserved.

Jury present.

**Derek Slemko,** continued on behalf of Foundation Parties.
      Cross-examination by Mr. Bakke.
            Exhibit D586:  offered, no objection, received.
            Exhibit D575:  offered, no objection, received.
            Exhibit D662:  offered, no objection, received.
            Exhibit D663:  offered, objection, overruled, received.
            Exhibit D521 to D524:  offered, no objection, received.

*Recess 10:40 am to 11:00 am.*

Jury present.

**Derek Slemko,** continued on behalf of Foundation Parties.
      Cross-examination continues by Mr. Bakke.
            Exhibit 657:  offered, no objection, received.
            Exhibit 542:  offered, no objection, received.
            Exhibit P58:  offered, no objection, received.
      Redirect examination by Mr. Shaffer.
      Bench Conference held with Mr. Bakke and Mr. Shaffer.
      Redirect examination continues by Mr. Shaffer.

6

Exhibit 586A:  offered, no objection, received.

*Lunch Recess 12:00 pm to 1:30 pm.*

Outside the presence of the jury.
Foundation Parties provide schedule update.
Both parties present argument regarding expert testimony of Ms. Knutsen.

Jury present.

**Derek Slemko,** continued on behalf of Foundation Parties.
Redirect examination continues by Mr. Shaffer.

**Chris Schneider,** sworn and testifies on behalf of Foundation Parties.
Direct examination by Mr. Shaffer.
Cross-examination by Mr. Bakke.
No redirect examination.

Outside the presence of the jury.
Kupper Parties' Daubert Motion to exclude expert testimony of Ms. Knutsen.  Foundation Parties resist the motion.  Court denies in part and grants in part Kupper Parties' Daubert Motion and excludes certain testimony of Ms. Knutsen.  Ms. Knutsen cannot testify as to the Subaru lost sales or bonuses.

*Recess 2:40 pm to 2:50 pm.*

Outside the presence of the jury.
Foundation Parties note the anticipated expert testimony of Ms. Knutsen in light of the Court's prior ruling.
Court allows Ms. Knutsen to testify.

Jury Present.

**Ginger Knutsen,** sworn and testifies on behalf of Foundation Parties.
Direct examination by Ms. Wood.
DEMO Exhibit PX1:  offered, objection, overruled, received.
Cross examination by Mr. Bakke.
Kupper Parties' Motion to exclude Exhibit PX1.

Outside the presence of the jury.
Court reviews Robert Kupper's most recent deposition transcript.
Foundation Parties oppose Kupper Parties' Motion to exclude PX1.
Kupper Parties reply.
Court inquires.
Court excludes Ms. Knutsen's entire testimony and will instruct the jury.

Foundation presents further argument.
Court will allow the expert testimony of Ms. Knutsen.  Page 8 of PX1 will be excluded.
Foundation Parties' Motion for Mistrial.  Court denies Foundation Parties' motion for mistrial.

*Recess 4:40 pm to 4:45 pm.*

Jury present.

Court instructs jury to exclude page 8 of PX1.

**Ginger Knutsen,** continued on behalf of Foundation Parties.
Cross examination continues by Mr. Bakke.
Bench Conference held with Mr. Shaffer and Mr. Bakke.

*Court in recess at 4:55 pm.*

**Friday, November 1, 2024 – Fifth Day of Trial**
*Reconvened at 9:00 am.*

Outside the presence of the jury.
Parties provide schedule update.
Court will provide time for jurors to vote on Tuesday.

Jury present.

**Ginger Knutsen,** continued on behalf of Foundation Parties.
Cross examination continues by Mr. Bakke.
Redirect examination by Ms. Wood.
Court inquiries.

**Foundation Parties Rest.**

Outside the presence of the jury.
1.  Kupper Parties' Motion to Dismiss claim regarding employee bonuses.  Foundation Parties resist motion.  Court grants motion and dismisses the claim regarding employee bonuses.

2.  Kupper Parties' Motion for Directed Verdict regarding breach of contract of the solicitation of employees.  Foundation Parties resist motion.  Court grants motion and dismisses the claim regarding solicitation of employees.

3.  Kupper Parties' Motion for Directed Verdict regarding breach of contract of confidentiality.  Foundation Parties' Rule 50 Motion regarding the same claim.  Kupper

Parties respond and reply.  Court denies both motions.  The alleged breach will be decided by the Jury.

4.  Kupper Parties' Renewed Motion to Exclude the Testimony of Ms. Knutsen.  Foundation Parties resist motion.  Court denies renewed motion to exclude testimony.

5.  Foundation Parties' Rule 50 Motion for Judgment as a matter of law regarding breach of contract for failure to maintain inventory.  Kupper Parties resist motion.  Court denies motion.  The alleged breach will be decided by the Jury.

6.  Foundation Parties' Rule 50 Motion for Judgment as a matter of law regarding fraud claim.  Kupper Parties resist motion.  Court denies motion as the issue of fraud has not been properly presented.

*Recess 10:40 am to 11:00 am.*

Jury present.

**Kupper Parties' Case Commences.**

**<u>Steve Hewitt, CPA</u>,** sworn and testifies on behalf of Kupper Parties.
    Direct examination by Mr. Bakke.
        Exhibit D588a:  offered, no objection, received.
        Exhibit D589a:  referenced.
        DEMO Exhibit DX1:  offered, objection.
    Bench Conference held with Mr. Bakke and Mr. Shaffer**.**
        DEMO Exhibit DX1:  objection overruled, received.
    Direct examination continues by Mr. Bakke.
        Exhibit D513:  offered, objection, overruled, received.
        Exhibit D589a:  offered, no objection, received.
        Exhibit D514 to D520:  offered, no objection, received.

*Lunch Recess 12:55 pm to 2:45 pm.*

Jury present.

**<u>Steve Hewitt, CPA</u>,** continued on behalf of Kupper Parties**.**
    Cross examination by Mr. Shaffer.
        Exhibit D591:  offered, no objection, received.
        DEMO Exhibit PX2:  offered, objection, overruled, received.
        DEMO Exhibit PX3:  offered, objection, overruled, received.

*Recess 4:00 pm to 4:10 pm.*
Jury present.

**Steve Hewitt, CPA,** continued on behalf of Kupper Parties**.**
> Redirect examination by Mr. Bakke.
>> Exhibit P186:  offered, no objection, received.

**Robert "Bob" Kupper,** sworn and testifies on behalf of Kupper Parties.
> Exhibits D506, D528, D536, D615, D659 and P141:  offered, no objection, received.
> Direct examination by Mr. Bakke.
>> Exhibit D616:  offered, no objection, received.
>> Exhibit D617:  offered, no objection, received.

Outside the presence of the jury.
> Proposed Final Instructions and Special Verdict Form have been sent to counsel for review.

*Court in recess at 5:05 pm.*


**Monday, November 4, 2024 – Sixth Day of Trial**
*Reconvened at 9:00 am.*

Outside the presence of the jury.
> Parties discuss remaining trial schedule and witnesses.
> Court will allow Mr. Kutschinski to testify by video.
> Kupper Parties offer exhibits:
>> Exhibits D664 and D665: offered, objection, overruled, received. Court will provide cautionary instruction to the Jury regarding these exhibits.
>> Exhibit D649:  offered, objection, Court reviews D528 (previously admitted), overruled, received.

Jury present.

**Kupper Parties case continues.**

**Robert "Bob" Kupper,** continued on behalf of Kupper Parties.
> Direct examination/Cross-examination continues by Mr. Bakke.
>> Exhibits D645 and D646:  offered, no objection, received.
> Court's cautionary instruction to Jury.

*Recess 11:02 am to 11:20 am.*

Jury present.

10

**Robert "Bob" Kupper,** continued on behalf of Kupper Parties.
   Cross-examination/redirect examination by Mr. Shaffer.
     Exhibit P116:  offered, no objection, received.

Outside the presence of the jury.
   Final Instructions and Special Verdict Form provided to counsel for review again.

*Lunch Recess 12:50 pm to 1:45 pm.*

Outside the presence of the jury.
   Final Instructions and Special Verdict Form reviewed.  Foundation Parties have no objections and one clerical change to the Special Verdict Form.  Kupper Parties have objections to the Final Instructions and no objections to the Special Verdict Form.

Jury present.

**Kevin Kutschinski,** testifies by video deposition on behalf of Kupper Parties.

**Kupper Parties rest.**
**Foundation Parties Rest.**

Outside the presence of the jury.
   1.  Foundation Parties' renewed Rule 50 Motions for Judgment as a matter of law.  Kupper Parties resist the motions.  Court denies the renewed motions.

   2.  Kupper Parties' renewed Motion for Directed Verdict regarding breach of contract of confidentiality.  Foundation Parties resist the motion.  Kupper Parties reply.  Court denies the renewed motion.

   3.  Kupper Parties' renewed Motion to Exclude the Testimony of Ms. Knutsen.  Court denies the renewed motion.

*Recess 2:45 pm to 2:50 pm.*

Jury present.

Court's Final Instructions to the jury.  (2:50 pm)
Foundation Parties' Closing Argument by Mr. Shaffer. (DEMO - Foundation PowerPoint)

Outside the presence of the jury.
   Exhibit P223:  received with title.

*Court in recess at 4:05 pm.*

11

**<u>Tuesday, November 5, 2024 – Seventh Day of Trial</u>**
*Reconvened at 9:00 am.*

Jury present.

Court informs jury that Exhibit P223 was received and will go to the jury.
Kupper Parties' Closing Argument by Mr. Bakke.  (DEMO - Kupper PDF)

*Recess 10:20 am to 10:30 am.*

Foundation Parties' Rebuttal Closing Argument by Mr. Shaffer.  (DEMO - Foundation PowerPoint and easel demonstrative)
Final Instructions to the jury.
Special Verdict Form shown to jury.
Court expresses appreciation to the jury and admiration to all counsel.
Case to the jury.  (10:55 am)

Outside the presence of the jury.
    Exhibits D508 to D510, D557 to D574 and D576 to D578: offered, no objection, received.

*Court in recess at 11:00 am.*

Jury reached a verdict.  (1:00 pm)

Jury present. (1:35 pm)
Court inquires of jury foreperson.
Jury returns verdict in favor of Kupper Parties.
Court expresses appreciation to jurors for their service and dismisses them from further service.

Outside the presence of the jury.
    Kupper Parties will file a Motion for Attorney's Fees.

*Court in recess at 1:45 pm.*