**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| FA ND Chev, LLC, and<br>FA ND Sub, LLC**,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **JURY TRIAL** |
| v. | ) | **(10/28/24 - 11/5/24)** |
| | ) | Hon. Daniel M. Traynor |
| Robert Kupper, et al., | ) | Case No. 1:20-cv-138 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **Court Exhibits** |
| | ) | |
| BAPTKO, Inc., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Foundation Automotive Corp. et al., | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaimants. | ) | |

**in paper**
PX1 - Knutson 8 pg. PowerPoint (DEMO)
PX2 - Adjusted Weight Calculations (DEMO)
PX3 - Adjusted Weight Calculations (DEMO)
DX1 - Hewitt Summary (DEMO)
Foundation Rebuttal Closing Argument Easel Demonstration (DEMO)

**on flash drive**
Foundation Opening Statement (DEMO)
Foundation Closing Argument (DEMO)
Foundation Rebuttal Closing Argument (DEMO) and DeVere Boyd clip played during closing
Kupper Closing Argument (DEMO)
DeVere Boyd Video Deposition - Testimony
Charles Kramer Video Deposition - Testimony
David Sikkenga Video Deposition - Testimony
Kevin Kutschinski Video Deposition - Testimony

1

Robert Kupper Condensed Deposition Transcript reviewed by Court

**Clerk's Note:  Kupper's Opening Statement (DEMO) - was not provided to the Court.**