**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine, <br><br> Defendants. <br> _____ <br><br> BAPTKO, Inc., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> Foundation Automotive Corp., an Alberta Corporation; FA ND CHEV, LLC; and FA ND SUB, LLC, <br><br> Defendants and Counterclaimants. | Civil No. 1:20-CV-00138-DMT-CRH <br><br><br> **FOUNDATION AUTOMOTIVE CORP., FA ND CHEV, LLC, AND FA ND SUB, LLC'S MOTION TO STAY EXECUTION OF JUDGMENT** |

Foundation Automotive Corp. ("Foundation"), FA ND CHEV, LLC ("Mandan Chevrolet"), and FA ND SUB, LLC ("Mandan Subaru," and together with Mandan Chevrolet, the "Mandan Dealerships") (collectively, the "Foundation Parties"), hereby move this Court to enter an order, on an expedited basis, staying execution of the judgment awarded to BAPTKO, Inc. ("BAPTKO") on November 7, 2024. Enforcing the judgment before resolving the pending motions would be inefficient and financially burdensome. The pending motions include: (1) the Foundation Parties' request for judgment notwithstanding the verdict or a new trial, filed on December 5, 2024; and (2) BAPTKO and Robert Kupper's motion for attorneys' fees, costs, and expenses, filed on November 20, 2024. The Foundation Parties propose posting a single bond after the Court resolves all pending motions. Granting a stay of execution would not prejudice BAPTKO, as the Foundation Parties remain capable of satisfying the judgment.

The grounds for this Motion are set forth in detail in the Foundation Parties' supporting memorandum, filed contemporaneously herewith.

2

Dated this 21st day of March, 2025.

Respectfully submitted,

*/s/ Kensye N. Wood*
Maxwell N. Shaffer
Kensye N. Wood
LELAND SHAFFER LLP
8694 E. 28th Avenue
Denver, Colorado 80238
(720) 556-1872
Maxwell.Shaffer@lelandshaffer.com
Kensye.Wood@lelandshaffer.com

*Counsel for Foundation Automotive Corp., FA ND CHEV, LLC, and FA ND SUB, LLC*

2