IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND Chev, LLC, and <br> FA ND Sub, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> Robert Kupper et al, <br><br> Defendants. <br><br> BAPTKO, Inc., <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> Foundation Automotive Corp. et al, <br><br> Defendants and <br> Counterclaimants. | **ORDER** <br><br><br><br><br><br><br><br> Case No. 1:20-cv-00138 |

On April 2, 2025, a status conference regarding a discovery dispute was scheduled for April 8, 2025. On April 8, 2025, the court convened a conference with the parties to discuss disagreements pertaining to responses and objections to BAPTKO, Inc. and Robert Kupper's interrogatories and requests for production of documents in aid of execution.

For the reasons articulated during the conference, the court orders that the pre-judgment Protective Order (*See* Doc. No. 275) continue to apply to post-judgment discovery proceedings unless otherwise ordered by the court.

FA ND Chev, LLC, FA ND Sub, LLC, and Foundation Automotive Corp. ("Foundation parties") shall disclose all records pertaining to the sale of the Mandan dealerships to BAPTKO, Inc. and Robert Kupper ("Kupper parties") by the end of the business day on April 10, 2025. The

parties shall also engage in a second meet and confer by April 13, 2025. If the parties are unable to reach an agreement after the second meet and confer, the Kupper parties may file their motion to compel and/or other appropriate motions.

**IT IS SO ORDERED.**

Dated this 8th day of April, 2025.

                                                       */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court