IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine,<br><br>　　　　　Defendants.<br>―――――――――――――――――――<br>BAPTKO, Inc.,<br><br>　　　　　Plaintiff and Counter-Defendant,<br><br>　　　　　v.<br><br>Foundation Automotive Corp., an Alberta Corporation; FA ND CHEV, LLC; and FA ND SUB, LLC,<br><br>　　　　　Defendants and Counterclaimants. | Case No. 1:20-CV-00138-DMT-CRH |

**FOUNDATION AUTOMOTIVE CORP., FA ND CHEV, LLC, AND FA ND SUB, LLC'S NOTICE OF APPEAL**

　　　　Pursuant to Fed. R. App. P. 3(a) and 4(a)(1)(A), Foundation Automotive Corp., FA ND CHEV, LLC, and FA ND SUB, LLC (collectively, the "Foundation Parties") hereby appeal the following to the United States Court of Appeals for the Eight Circuit: (1) the Court's April 7, 2025 Order Denying the Foundation Parties' Renewed Motion for Judgment as a Matter of Law, Denying Motion for New Trial, and Finding as Moot Motion to Stay and Expedite (Doc. 544); (2)

the Court's April 7, 2025 Order Granting, in Part, and Denying, in Part, Motion for Costs and Attorneys' Fees (Doc. 543); and the Amended Judgment entered on April 7, 2025 (Doc. 545).

Dated this 11th day of April, 2025.

                                        Respectfully submitted,

                                        */s/ Kensye N. Wood*
                                        Maxwell N. Shaffer
                                        Kensye N. Wood
                                        LELAND SHAFFER LLP
                                        8694 E. 28th Avenue
                                        Denver, Colorado 80238
                                        (720) 556-1872
                                        Maxwell.Shaffer@lelandshaffer.com
                                        Kensye.Wood@lelandshaffer.com

                                        *Counsel for Foundation Automotive Corp.,*
                                        *FA ND CHEV, LLC, and FA ND SUB, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of April, 2025, a true and correct copy of the foregoing **FOUNDATION AUTOMOTIVE CORP., FA ND CHEV, LLC, AND FA ND SUB, LLC'S NOTICE OF APPEAL** was filed electronically with the Clerk of the District Court through ECF, which will send notice to counsel of record:

Randall J. Bakke
Shawn A. Grinolds
David R. Phillips
BAKKE GRINOLDS WIEDERHOLT
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
rbakke@bgwattorneys.com
sgrinolds@bgwattorneys.com
dphillips@bgwattorneys.com

*Attorneys for BAPTKO, Inc.*

                                                                */s/ Kensye N. Wood*
                                                                 Kensye N. Wood