IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC, | ) ) ) | Civil No. 1:20-CV-00138-DMT-CRH |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine, | ) ) ) ) ) | |
| Defendants. | ) ) ) | **MEMORANDUM IN SUPPORT OF BAPTKO, INC.'S MOTION TO USE DOCUMENTS AND INFORMATION OBTAINED IN POST-JUDGMENT DISCOVERY** |
| _____ | ) ) | |
| BAPTKO, Inc., | ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | |
| Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC, | ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) ) | |

***     ***     ***

## I.    INTRODUCTION

Plaintiff and Counterclaim Defendant BAPTKO, Inc. ("BAPTKO") submits this memorandum in support of its *Motion To Use Documents And Information Obtained In Post-Judgment Discovery*, filed herewith. BAPTKO requests the Court issue an order permitting BAPTKO to use documents and information obtained in post-judgment discovery, including those

1

marked "Confidential," to be used in state court actions to collect on the judgment, subject to any protective order entered by the state court.

## II.  BACKGROUND AND ARGUMENT

Following the jury trial in this case, on November 7, 2024, the Court entered Judgment against Foundation Automotive Corp, FA ND CHEV, LLC and FA ND SUB, LLC (collectively "the Foundation Parties") in favor of BAPTKO in the amount of $3 million, plus interest in the amount of $364,195.67. Doc. 490. The Judgment was amended on April 7, 2025, to add an award of attorneys' fees against the Foundation Parties and in favor of BAPTKO and Defendant Robert Kupper ("Kupper") in the amount of $1,085,186.44, and an award of costs against the Foundation Parties and in favor of BAPTKO and Kupper in the amount of $223,328.71. Doc. 545 at p. 2. As of April 7, 2025, the Amended Judgment against the Foundation Parties and in favor of BAPTKO and Kupper totaled $4,672,710.82. *Id.* Interest continues to accrue since the Amended Judgment was entered on April 7, 2025. *See* Doc. 490. Defendants have filed an appeal with the Eighth Circuit Court of Appeals of the Court's and jury's decisions in this case, which is currently pending. To date, the Defendants have not filed a bond nor have they paid or provided assurance of payment of the Judgment.

Through post-judgment discovery, BAPTKO has uncovered a systematic effort by the Foundation Parties to avoid collection on the judgment by selling the real estate and other assets relating to the Mandan Dealerships shortly after the entry of the initial judgment (discussed in more detail in Docs. 555-2 and 568), and the fraudulent transfer of the proceeds of the sale to a related Foundation company that is not a party to this action and not subject to the judgment (discussed in more detail in Doc. 586).

BAPTKO has commenced two state court actions (Case No. 202544872, 151st Judicial District, Texas; and Case No. 30-2025-CV-00652, South Central Judicial District, North Dakota), seeking to collect on the federal judgment entered in this case, and relating to the fraudulent transfers that occurred before and after the entry of judgment. However, BAPTKO has not filed in the state court actions any documents obtained through post-judgment discovery efforts in this federal case.

There is not yet a protective order in place in those cases and discovery has not commenced. The Foundation Parties in those cases have refused to enter into a stipulated protective order, and BAPTKO has moved for the state court to issue a protective order, which is still being briefed. BAPTKO expects the state court will enter an appropriate protective order in those cases. Once that is done, BAPTKO should be permitted to use the post-judgment discovery obtained as part of this federal case in those state court actions to collect on the federal judgment.

## III.    CONCLUSION

For the foregoing reasons, BAPTKO requests the Court issue an order permitting BAPTKO to use documents and information obtained in post-judgment discovery, including those marked "Confidential," to be used in state court actions to collect on the judgment, subject to any protective order entered by the state court.

Dated this 26th day of August, 2025.

BAKKE GRINOLDS WIEDERHOLT

By:  */s/ Randall J. Bakke*
    Randall J. Bakke (#03989)
    Shawn A. Grinolds (#05407)
    David R. Phillips (#06116)
    Grant T. Bakke (#9106)
    300 West Century Avenue
    P.O. Box 4247
    Bismarck, ND 58502-4247

(701) 751-8188
rbakke@bgwattorneys.com
sgrinolds@bgwattorneys.com
dphillips@bgwattorneys.com
gbakke@bgwattorneys.com

*Attorneys for Defendant Robert Kupper and Plaintiff-Counterclaim Defendant BAPTKO, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MEMORANDUM IN SUPPORT OF BAPTKO, INC.'S MOTION TO USE DOCUMENTS AND INFORMATION OBTAINED IN POST-JUDGMENT DISCOVERY** was on the 26th day of August, 2025, was filed electronically with the Clerk of Court through ECF.

Maxwell Shaffer
Kensye Wood
Leland Shaffer LLP
8694 E. 28th Ave.
Denver, Colorado 80238
maxwell.shaffer@lelandshaffer.com
kensye.wood@lelandshaffer.com

By: */s/ Randall J. Bakke*
RANDALL J. BAKKE

4