## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine,<br><br>      Defendants.<br><br>BAPTKO, Inc.,<br><br>      Plaintiff and<br>      Counterclaim Defendant,<br><br>v.<br><br>Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>      Defendants and<br>      Counterclaimants. | **ORDER**<br><br><br><br><br>Case No. 1:20-cv-138 |

      On October 7, 2025, the court held hearing on the pending motions filed by BAPTKO, Inc. and Robert Kupper (collectively "BAPTKO") and by FA ND CHEV, LLC, FA ND SUB, and Foundation Automotive Corp. (collectively "the Foundation Parties"). As articulated by the court at the close of the hearing, the court shall permit BAPTKO and the Foundation Parties to file post-hearing briefs. Accordingly, it is **ORDERED**:

    (1)    BAPTKO and the Foundation Parties shall have until October 23, 2025, to file their respective post-hearing briefs not to exceed 20 pages in length; and

(2)   BAPTKO and the Foundation Parties shall have until November 3, 2025, to file a response not to exceed 5 pages to the other's post-hearing brief.

Dated this 8th day of October, 2025.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court