IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil No. 1:20-CV-00138-DMT-CRH

| | |
|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine,<br><br>Defendants.<br>────────────────────<br>BAPTKO, Inc.,<br><br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC,<br><br>Defendants and<br>Counterclaimants. | ))))))))))))))))))))))))))))))))) | **MEMORANDUM OF LAW IN SUPPORT OF ROBERT KUPPER AND BAPTKO, INC.'S MOTION FOR WRIT OF EXECUTION** |

***          ***          ***

[¶1]    Judgment Creditors Robert Kupper and BAPTKO, Inc. submit this memorandum of law in support of Robert Kupper and BAPTKO Inc.'s Motion for Writ of Execution, filed herewith. Pursuant to Rule 69 of the Federal Rules of Civil Procedure, and pursuant to other applicable law or rule, Judgment Creditors Robert Kupper and BAPTKO, Inc. request the Court issue a writ execution in the above captioned consolidated action to facilitate said Judgment Creditors' efforts

1

to collect upon amounts remaining due and owing with respect to the *Judgment* entered November 7, 2024 (doc. 490) and *Amended Judgment* entered  April 7, 2024 (doc. 545).  Very recently, and only after being compelled by this Court to produce such information following protracted efforts by Judgment Creditors Robert Kupper and BAPTKO, Inc. to obtain such information, Judgment Debtors FA ND CHEV, LLC and FA ND SUB, LLC produced bank statements evidencing the existence of funds in their bank accounts which, upon information and belief, may be executed upon within the state of North Dakota via a writ of execution.

[¶2]     A proposed *Writ of Execution* dated April 2, 2026 was emailed to Magistrate Judge Claire Hochhalter for consideration on April 2, 2026 (copying in all counsel).  An updated proposed Writ of Execution with updated calculations through April 8, 2026, and adding the last known address of each Judgment Debtor is filed herewith.  Judgment Creditors have not received any payment whatsoever in relation to the Judgment or Amended Judgment, the outstanding amounts owed under each as of April 8, 2026 are as follows:

**Judgment (Original Judgment) entered November 7, 2024 (doc. 490)**:

[¶3]     On November 7, 2024 in the above-entitled action, judgment was rendered in this Court in favor of BAPTKO, Inc. against Foundation Automotive Corp., FA ND CHEV, LLC and FA ND SUB, LLC, for:

$3,000,000.00, principal

$364,196.67, prejudgment interest, making a total of

$3,364,196.67 ("Original Judgment").

The post-judgment rate of interest accruing on the Original Judgment is 4.28% per annum, or $394.49 per day from and after November 7, 2024.  As of April 8, 2026, post judgment interest in the amount of $203,951.33 (517 days x $394.49 per day) has accrued on the Original Judgment,

for a total amount owed on the Original Judgment as of April 8, 2026 of **$3,568,148.00**, with post judgment interest continuing to accrue thereafter at the rate of $394.49 per day until the Original Judgment is satisfied.

<u>**Amended Judgment (Costs Judgment) entered April 7, 2025 (doc. 545):**</u>

[¶4]   On April 7, 2025, an Amended Judgment (doc. 545) was entered in the above-entitled action additionally awarding to Robert Kupper and BAPTKO, Inc. against Foundation Automotive Corp., FA ND CHEV, LLC and FA ND SUB, LLC, for:

$1,085,186.44, attorney's fees

$223,328.71, for costs all totaling

$1,308,515.15 ("Costs Judgment").

The post-judgment rate of interest accruing on the Costs Judgment is 3.97% per annum, or $142.32 per day from and after April 7, 2024.  As of April 8, 2026, post judgment interest in the amount of $52,089.12 (366 days x $142.32 per day) has accrued on the Costs Judgment, for a total amount owed on the Costs Judgment as of April 8, 2026 of **$1,360,604.27**, with post judgment interest continuing to accrue thereafter at the rate of $142.32 per day until the Costs Judgment is satisfied.

[¶5]   Rule 69 of the Federal Rules of Civil Procedure provides, in relevant part, as follows:

(a)   **In General**.

(1)   **Money Judgment; Applicable Procedure**.  A money judgment is enforced by a writ of execution, unless the court directs otherwise.  The procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

\*\*\*

3

(Fed. R. Civ. P. 69(a)(1) (bold in original).  The United States Marshals Service is tasked with executing all lawful writs issued under the authority of the United States as follows:

> **(c)** Except as otherwise provided by law or Rule of Procedure, the United States Marshals Service shall execute all lawful writs, process, and orders issued under the authority of the United States, and shall command all necessary assistance to execute its duties.

28 U.S.C.A. § 566(c).

[¶6]    For the reasons explained above, Judgment Creditors Robert Kupper and BAPTKO, Inc. request the Court issue the proposed Writ of Execution, or other writ of execution as the Court may deem appropriate.

[¶7]    Dated this 8th day of April, 2026.

BAKKE GRINOLDS WIEDERHOLT

By:  */s/ Randall J. Bakke*
   Randall J. Bakke (#03989)
   Shawn A. Grinolds (#05407)
   David R. Phillips (#06116)
   300 West Century Avenue
   P.O. Box 4247
   Bismarck, ND 58502-4247
   (701) 751-8188
   rbakke@bgwattorneys.com
   sgrinolds@bgwattorneys.com
   dphillips@bgwattorneys.com

   *Attorneys for Judgment Creditors Robert Kupper and BAPTKO, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT OF ROBERT KUPPER AND BAPTKO, INC.'S MOTION FOR WRIT OF EXECUTION** was on the 8th day of April, 2026, was filed electronically with the Clerk of Court through ECF.

Maxwell Shaffer
Kensye Wood
Leland Shaffer LLP
8694 E. 28th Ave.
Denver, Colorado 80238
maxwell.shaffer@lelandshaffer.com
kensye.wood@lelandshaffer.com

By: */s/ Randall J. Bakke*
    RANDALL J. BAKKE