IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| FA ND CHEV, LLC and FA ND SUB, LLC, | ) ) ) | Civil No. 1:20-CV-00138-DMT-CRH |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine, | ) ) ) ) ) | |
| Defendants. | ) ) ) | **AFFIDAVIT OF DAVID R. PHILLIPS** |
| _____ | ) ) | |
| BAPTKO, Inc., | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) ) | |
| v. | ) ) ) | |
| Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC, | ) ) ) ) | |
| Defendants and Counterclaimants. | ) ) ) | |

***          ***          ***

STATE OF NORTH DAKOTA    )
                                              ) SS.
COUNTY OF BURLEIGH       )

Being duly sworn, David R. Phillips, testifies:

1.    I am an attorney duly licensed to practice law in the State of North Dakota and am admitted to practice before this Court.

2.    I am a member of the firm Bakke Grinolds Wiederholt, attorneys for Defendant Robert

- 1 -

Kupper and Plaintiff-Counterclaim Defendant BAPTKO, Inc.

3.    This affidavit is submitted in support of *BAPTKO, Inc. and Robert Kupper's Brief in Opposition to the Foundation Parties' Response to Order to Show Cause* filed herewith.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of the Order Staying Subpoena dated January 21, 2026 in case entitled *Randall J. Bakke v. Foundation Automotive US Corp., and Foundation Auto Holdings, LLC,* Case No. 08-2025-CV-03464 venued in the South Central Judicial District, Burleigh County, North Dakota.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of Order Granting Plaintiff's Amended Motion to Quash and for Protective Order dated March 4, 2026 in case entitled *BAPTKO, Inc. v. Foundation Automotive US Corp., and Foundation Auto Holdings, LLC,* Cause No. 202544872 venued in the 151st Judicial District, Harris County, Texas ("Texas Action").

6.    Attached hereto as **Exhibit 3** is a true and correct copy of the March 4, 2026 Reporter's Record on Plaintiff's Motion to Quash and for Protective Order taken in the Texas Action.

7.    Attached hereto as **Exhibit 4** is a true and correct copy of the docket in the Texas Action as of April 8, 2026.

8.    Attached hereto as **Exhibit 5** is a true and correct copy of the docket as of April 9, 2026 in case entitled *BAPTKO, Inc. and Robert Kupper v. FA ND CHEV, LLC; FA ND SUB, LLC; EAGAL3 LLC; EAGAL4 LLC; PMKC Mandan LLP; Starion Bank, and Bravera Bank,* Civil No. 30-2025-CV-00652 venued in the South Central Judicial District, Morton County, North Dakota.

9.  Attached hereto as **Exhibit 6** is a true and correct copy of the Transcript of the Deposition of Derek Slemko taken on March 31, 2026 in the Texas Action.

10. Attached hereto as **Exhibit 7** is a true and correct copy of *Second Supplement to FA ND SUB, LLC's Responses and Objections to BAPTKO, Inc.'s Interrogatories and Requests for Production of Documents in Aid of Execution*, dated March 31, 2026.

11. Attached hereto as **Exhibit 8** is a true and correct copy of *Second Supplement to FA ND CHEV, LLC's Responses and Objections to BAPTKO, Inc.'s Interrogatories and Requests for Production of Documents in Aid of Execution*, dated March 31, 2026.

12. Attached hereto as **Exhibit 9** is a true and correct copy of *Second Supplement to Foundation Automotive Corp.'s Responses and Objections to BAPTKO, Inc.'s Interrogatories and Requests for Production of Documents in Aid of Execution*, dated March 31, 2026.

Dated this 9th day of April, 2026.

BAKKE GRINOLDS WIEDERHOLT

By: _____

David R. Phillips (#06116)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58503-4247
(701) 751-8188
dphillips@bgwattorneys.com

*Attorneys for Defendant Robert Kupper and Plaintiff-Counterclaim Defendant BAPTKO, Inc.*

STATE OF NORTH DAKOTA      )
                           )  ss.
COUNTY OF BURLEIGH         )

On this 9th day of April, 2026 before me personally appeared David R. Phillips, known to me to be the person described in the within and foregoing instrument, and acknowledged to me that he executed the same.

_____
Notary Public

KATE FINCK
Notary Public
State of North Dakota
My Commission Expires Jun 1, 2029

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **AFFIDAVIT OF DAVID R. PHILLIPS** was on the 9th day of April, 2026, was filed electronically with the Clerk of Court through ECF.

Maxwell Shaffer
Kensye Wood
Leland Shaffer LLP
8694 E. 28th Ave.
Denver, Colorado 80238
maxwell.shaffer@lelandshaffer.com
kensye.wood@lelandshaffer.com


By: /s/ Randall J. Bakke
RANDALL J. BAKKE