IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

Civil No. 1:20-CV-00138-DMT-CRH

FA ND CHEV, LLC and FA ND SUB, LLC,

    Plaintiffs,

    v.

Robert Kupper; Bismarck Motor Company; and BMC Marine LLC d/b/a Moritz Sport & Marine,

    Defendants.

_____

BAPTKO, Inc.,

    Plaintiff and
    Counterclaim Defendant,

    v.

Foundation Automotive Corp, an Alberta Corporation, FA ND CHEV, LLC and FA ND SUB, LLC,

    Defendants and
    Counterclaimants.

**WRIT OF EXECUTION**

\*\*\*    \*\*\*    \*\*\*

**TO ANY UNITED STATES MARSHAL IN THE STATE OF NORTH DAKOTA:**

You are directed to enforce the Judgments described below with interest and costs as provided by law.

**Original Judgment entered November 7, 2024:**

1

On November 7, 2024 in the above-entitled action, judgment was rendered in this Court in favor of BAPTKO, Inc. against Foundation Automotive Corp., FA ND CHEV, LLC and FA ND SUB, LLC, for:

$3,000,000.00, principal

$364,196.67, prejudgment interest, making a total of

$3,364,196.67 ("Original Judgment").

The post-judgment rate of interest accruing on the Original Judgment is 4.28% per annum, or $394.49 per day from and after November 7, 2024. As of April 1, 2026, post judgment interest in the amount of $201,198.90 (510 days x $394.49 per day) has accrued on the Original Judgment, for a total amount owed on the Original Judgment as of April 1, 2026 of **$3,565,395.57**, with post judgment interest continuing to accrue thereafter at the rate of $394.49 per day until the Original Judgment is satisfied.

**Costs Judgment entered April 7, 2025:**

On April 7, 2025, an amended judgment was entered in the above-entitled action additionally awarding to Robert Kupper and BAPTKO, Inc. against Foundation Automotive Corp., FA ND CHEV, LLC and FA ND SUB, LLC, for:

$1,085,186.44, attorney's fees

$223,328.71, for costs all totaling

$1,308,515.15 ("Costs Judgment").

The post-judgment rate of interest accruing on the Costs Judgment is 3.97% per annum, or $142.32 per day from and after April 7, 2024. As of April 1, 2026, post judgment interest in the amount of $51,092.88 (359 days x $142.32 per day) has accrued on the Costs Judgment, for a total amount

2

owed on the Costs Judgment as of April 1, 2026 of **$1,313,625.03**, with post judgment interest continuing to accrue thereafter at the rate of $142.32 per day until the Costs Judgment is satisfied.

You should add to the foregoing amounts the fees and expenses of the officer executing this writ.

According to an affidavit on the reverse side hereof, executed by or on behalf of the judgment creditor, all of the foregoing described amounts remain due and unpaid.

THEREFORE, YOU ARE DIRECTED to levy upon the property of Foundation Automotive Corp., FA ND CHEV, LLC and FA ND SUB, LLC to satisfy the Original Judgment and Costs Judgment, and return this writ to this Court within sixty (60) days after the date of this writ.

Date:                                                Attested by the Honorable:

United States District Judge
Bismarck, North Dakota

| DATE AND TIME ISSUED: | CLERK OF COURT: Kari M. Knudson |  |
|---|---|---|
|  | (By) DEPUTY CLERK: <br><br> Angel Pedersen, Deputy Clerk <br> (SEAL) |  |

## RETURN

| DATE AND TIME RECEIVED: | DATE OF EXECUTION OF WRIT: |
|---|---|
| **This writ was received and executed as follows:** | |
| United States Marshal | (by) Deputy Marshal |

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Shawn A. Grinolds, duly authorized attorney acting on behalf of the judgment creditors, does hereby swear or affirm that all the recitals in this instrument relating to the entry of judgments and costs are true and correct; and after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified and that further interest will accrue as shown.

Date: April 2, 2026

BAKKE GRINOLDS WIEDERHOLT

By:_____
Shawn A. Grinolds (#05407)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58502-4247
(701) 751-8188
sgrinolds@bgwattorneys.com
Attorney for Baptko, Inc. and Robert Kupper

STATE OF NORTH DAKOTA    )
                                          )  ss.
COUNTY OF BURLEIGH        )

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated herein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: April 2, 2026

(SEAL)

Notary Public

**SARAH MARTIN**
Notary Public
STATE OF NORTH DAKOTA
My Commission Expires October 28, 2029

5